UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
TYQUAN HASKINS,                      :    11 Civ. 0376 (PKC) (JCF)
                                     :
            Plaintiff,               :         MEMORANDUM
                                     :         AND   ORDER
      - against -                    :    ┌─────────────────────────┐
                                     :    │ USDS SDNY               │
MS. HARRIS Badge 17402, CAPT.        :    │ DOCUMENT                │
POLLARD Badge 1683,                  :    │ ELECTRONICALLY FILED    │
                                     :    │ DOC #:                  │
            Defendants.              :    │ DATE FILED: 9/1/11      │
- - - - - - - - - - - - - - - - - - -:    └─────────────────────────┘
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     When the plaintiff, Tyquan Haskins, failed to serve the
complaint within 120 days of its having been filed, I issued a
Report and Recommendation dated August 18, 2011, recommending that
the complaint be dismissed without prejudice.  Subsequently, Mr.
Haskins submitted an undated letter indicating that he had recently
been transferred to a different correctional facility, had lost
some of his legal papers, and had not been receiving mail.  I find
that this constitutes good cause under Rule 4(m) of the Federal
Rules of Civil procedure to extend the plaintiff's time to effect
service.  Therefore:

     1.  The Report and Recommendation dated August 18, 2011 is
withdrawn.

     2.  Plaintiff's time to effect service is extended to October
31, 2011.

     3.  The Pro Se Office shall provide plaintiff with a new
service package and a copy of the Pro Se Litigation Manual.

     4.  The docket shall be modified to reflect plaintiff's new
address:

                              1

Tyquan Haskins
# 24411010879
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, New York  11370


SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           September 7, 2011

Copies mailed this date to:

Tyquan Haskins
# 24411010879
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, New York  11370


Pro Se Office

2